## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF COLUMBIA

**CIVIL CASE NUMBER:**

**Tala SOLTANION**   (A96 697 488)
5750 Bou Avenue
Unit 916
Rockville, Maryland 20852

**Nima KAZEMI**   (U.S. citizen spouse)
5750 Bou Avenue
Unit 916
Rockville, Maryland 20852

      Plaintiffs

          vs.

**Michael B. MUKASEY**
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

**Michael CHERTOFF**
Secretary of the Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**Jonathan SCHARFEN**
Acting Director of the United States
Citizenship and Immigration Services (USCIS)
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave. NW
Room 4025
Washington, D.C. 20529

**Gregory COLLETT**
District Director
United States Citizenship and
Immigration Services (USCIS)
Baltimore District Office
Fallon Federal Building
31 Hopkins Plaza
Baltimore, Maryland 21201

**Jane ARELLANO**
District Director
United States Citizenship and
Immigration Services (USCIS)
Los Angeles District Office
300 North Los Angeles Street
Room 6570
Los Angeles, California 90012

**Robert COWAN**
Director
United States Citizenship and
Immigration Services (USCIS)
National Benefits Center
850 NW Chipman Road
Lee's Summit, Missouri 64063

**Robert S. MUELLER**
Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Ave. NW
Room 7427
Washington, D.C. 20535

Defendants

---

## COMPLAINT FOR MANDAMUS, AND DECLARATORY AND INJUNCTIVE RELIEF

---

## I. INTRODUCTION

1.     This is a civil action brought by Plaintiffs Tala Soltanion (A96 697 488) and

Nima Kazemi to compel the Defendants, and those acting under them, to

take action on Mr. Kazemi's pending Form I-130, Visa Petition for Alien

Relative, and Ms. Soltanion's pending Form I-485, Application to Register

Permanent Residence or Adjust Status.  On December 8, 2005, Plaintiff

Kazemi filed Form I-130 on behalf of his wife, and Plaintiff Soltanian filed

Form I-485 with the United States Citizenship and Immigration Services

("USCIS").  Exhibits D and E.  These filings were made in accordance with

then current procedure, but the Defendants, and those acting under them,

have failed to take timely action on these filings and so they remain
pending.

## II. JURISDICTION

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331
(federal subject matter jurisdiction), in conjunction with 28 U.S.C. § 1361
(mandamus), the Administrative Procedure Act ("APA") (5 U.S.C.
§555(b)), and the Immigration and Nationality Act ("INA") and regulations
implementing it (Title 8 of the C.F.R.).

3.    Under 28 U.S.C. § 1331, "[t]he district court shall have original jurisdiction
of all civil actions arising under the Constitution, laws, or treaties of the
United States." Jurisdiction under 28 U.S.C. § 1331 exists because this
action arises under 28 U.S.C. § 1361 (mandamus), the Administrative
Procedures Act (5 U.S.C. § 555(b) and 5 U.S.C. §702), and the Immigration
and Nationality Act and regulations implementing it (Title 8 of the C.F.R.).

4.    Under 28 U.S.C. § 1361, "[t]he district courts shall have original

jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

5.    The APA requires USCIS to carry out its duties within a reasonable time. The APA provision calling for this is 5 U.S.C. § 555(b), which states that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." As an administrative agency, USCIS is subject to 5 U.S.C. § 555(b). Plaintiffs contend that the delay in processing their immigrant visa petition and application for adjustment of status is unreasonable.

6.    Both the regulations and the INA provide numerous examples of duties owed by the USCIS in the adjustment of status process. 8 U.S.C. § 1103 states that "[t]he Attorney General *shall* be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens." (*emphasis added*). The Code of Federal Regulations (C.F.R.) further provides that "[t]he applicant *shall* be

notified of the decision of the Director, and if the application is denied, the reasons for the denial." 8 C.F.R. § 245.2 (a)(5)(i) (*emphasis added*). The language of the statute and these regulations is mandatory, not discretionary, and requires the Defendants to adjudicate the immigrant visa petition and adjustment of status application.

7.    No administrative remedies are available to the Plaintiffs to redress the grievances described herein. This action challenges the failure of the Defendants to complete action on the application and issue the decision due Plaintiffs and does not challenge any discretionary act by the Defendants. This action does not challenge the granting or denial of individual applications. Therefore, the jurisdictional limitations of INA §242, 8 U.S.C. § 1252, do not apply.

## III. VENUE

8.    Venue lies in this Court under 28 U.S.C. § 1391(e), the venue statute applicable to civil actions in which Defendants are officers of the United States acting in official capacities. Venue is proper under 28 U.S.C. §

1391(e) because the Defendants are either officers or employees of the United States and are being sued in their official capacity.

## IV. PARTIES

9.    Plaintiff Tala Soltanion is a native and citizen of Iran.  Exhibits C-1 and C-2.  She has complied with all requirements in order to receive an approval of her application. Exhibits C-2 and C-3.  Ms. Soltanian filed an application for adjustment of status (Form I-485) concurrently with her husband's visa petition (Form I-130) on her behalf. Exhibits D and E.  Plaintiffs' filings (Forms I-130 and I-485) are still pending.  Plaintiff Soltanion's fingerprints were taken by USCIS on March 10, 2006, in Los Angeles, Calif., to allow for necessary criminal and security clearances. Exhibit G. USCIS has yet to adjudicate these filings, despite that the petition and the application were filed almost three years ago.  Tala Soltanion and Nima Kazemi are proper plaintiffs for the Defendants' failure to act on the immigrant visa petition and adjustment of status application. The Defendants' inaction has caused Plaintiff Soltanion profound injuries in denying her a final decision on her application to become a lawful permanent resident, including, but not

limited to, requisite fees paid in order to remain in status during this lengthy delay. Exhibit J.

10. Plaintiff Kazemi is a citizen of the United States. Exhibit B. He filed Form I-130 on December 8, 2005, and has complied with all requirements in order to receive an approval of his spousal petition. Exhibit D.

11. Plaintiff Soltanion has complied with all requirements in order to have her adjustment of status application approved so as to become a lawful permanent resident. Exhibits E and F.

12. Defendant Michael Mukasey's mailing address is U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530-0001. Defendant Mukasey is the Attorney General of the United States and is charged with administering certain background checks required by administrative practice in connection with an application for adjustment of status to permanent resident under § 245 of the INA. This action is brought against him in his official capacity.

13.    Defendant Michael Chertoff, according to regulation, is to be served at the

Office of General Counsel, U.S. Department of Homeland Security

("USDHS"), Washington, D.C. 20528.  Defendant Chertoff is the United

States Secretary of Department of Homeland Security ("DHS").  He is

charged with, among other things, "[a]ll authorities and functions of the

Department of Homeland Security to administer and enforce the

immigration laws." 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.  This action is

brought against him in his official capacity.

14.    Defendant Jonathan Scharfen is Acting Director of the USCIS. According to

regulation, he is to be served at the Office of the General Counsel, USCIS,

20 Massachusetts Ave. NW, Room 4025, Washington, D.C. 20529.

Defendant Scharfen administers an agency within the DHS, to which the

Secretary's authority has in part been delegated, subject to the Secretary's

supervision. He administers the immigration laws on behalf of the DHS

Secretary and the DHS throughout the United States. 8 C.F.R. § 100.2(a).

He is being sued in his official capacity.

15.    Defendant Robert Cowan is the Director of the USCIS National Benefits

Center located in Lee's Summit, Missouri.  According to regulation, he is to be served at the Office of General Counsel, USCIS, 20 Massachusetts Ave. NW, Room 4025, Washington, D.C. 20529.  Defendant Cowan has supervisory authority over all operations of the USCIS within the National Benefits Center, with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii).  He is being sued in his official capacity.

16.    Defendant Jane Arellano is the District Director of the USCIS Los Angeles District Office.  According to regulation, she is to be served at the Office of General Counsel, USCIS, 20 Massachusetts Ave. NW, Room 4025, Washington, D.C. 20529.  She is charged with supervisory authority over all operations of the USCIS within her district, with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii).  She is being sued in her official capacity.

17.    Defendant Gregory Collett is the District Director of the USCIS Baltimore District Office located in Baltimore, Md.  According to regulation, he is to be served at the Office of General Counsel, USCIS, 20 Massachusetts Ave. NW, Room 4025, Washington, D.C. 20529.  Defendant Collett is charged

with supervisory authority over all operations of the USCIS within his district, with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii). He is being sued in his official capacity.

18. Defendant Robert S. Mueller III's mailing address is the Federal Bureau of Investigation ("FBI"), J. Edgar Hoover Building, 935 Pennsylvania Ave. NW, Washington D.C. 20535-0001. Defendant Mueller is the Director of the FBI, the law enforcement agency charged with processing security checks for the USCIS and other agencies. 8 C.F.R. § 335.2(b). He is being sued in his official capacity.

## V. STATEMENT OF FACTS

19. Plaintiff Tala Soltanion is a native and citizen of Iran. She was born on August 25, 1979. She was inspected and admitted to the United States in B-2 (visitor) status on February 24, 2005. Exhibits C-1, C-2, and C-3. Plaintiff Nima Kazemi became a citizen of the United States on October 28, 2005, in Los Angeles, Calif. He was born on July 11, 1977, in Iran. Exhibit B. The couple married on August 23, 2005, in Beverly Hills, Calif. Exhibit A. They resided in West Hollywood, Calif., before moving to Maryland on

July 14, 2006.  Their case was transferred for adjudication from the Los
Angeles District Office to the Baltimore District Office after they moved to
Maryland.

20.   On December 8, 2005, the Plaintiffs concurrently filed an immigrant visa
petition (Form I-130) and application for adjustment of status to lawful
permanent resident (Form I-485) with required documentation, at the
USCIS National Benefits Center, in accordance with specified procedure.
Exhibits D and E.  The National Benefits Center is charged with completing
data entry and other aspects of family-based petitions and applications. In
connection to this case, Plaintiff Soltanion replied to a Request for
Additional Evidence, dated December 23, 2005, from the National Benefits
Center on January 4, 2006, thus satisfying Service requirements to continue
adjudicating the case.  Exhibit F.  The National Benefits Center also directs
scheduling matters for hearing at the appropriate district offices of USCIS.
In this case, the Plaintiffs' files were directed to the Los Angeles District
Office and thereafter to the Baltimore District Office.  Forms I-130 and I-
485 may be concurrently filed pursuant to 8 C.F.R. §§ 204, 245 and 299.

Plaintiffs' Forms I-130 and I-485 are still pending.  <u>Exhibits H, I, J, N, and</u> <u>O</u>.

21.    On March 10, 2006, Plaintiff Soltanion's fingerprints were taken by USCIS in Los Angeles, Calif., to allow for necessary criminal and security clearances.  <u>Exhibit G</u>.  Pursuant to 8 C.F.R. § 245.6, each applicant for adjustment of status shall be interviewed by an immigration officer.

22.    On May 9, 2006, the Plaintiffs attended an interview at the USCIS District Office in Los Angeles, Calif., and were advised in writing that "[a]n additional review of [the] case and/or background check is required to determine ... eligibility."  <u>Exhibit H</u>.

23.    Having received an interview notice on February 22, 2007, the Plaintiffs attended a second interview at the USCIS District Office in Baltimore, Md. No action was taken at that interview.  <u>Exhibit I</u>.

24. Plaintiffs have made numerous inquiries and each time have been advised that the adjudication of the case is awaiting further background checks. Exhibits K, L, M. N, and O.

25. On March 7, 2007, and May 11, 2007, Plaintiffs received correspondence from U.S. Rep. Chris Van Hollen (D-Md.), their congressional representative, in response to their request for assistance. They were told that "background checks are still pending with the Department of Homeland Security," after their interview at the Baltimore District Office on April 27, 2007. Exhibits L-1 and L-2.

26. On May 24, 2007, Plaintiffs received a reply from the USCIS Freedom of Information Act Office in Lee's Summit, Mo., about the processing of their FOIA request. Exhibit K. However, they subsequently cancelled their FOIA request when they learned of the possibility that making such a request could cause their files to be transferred to the National Records Center, thereby resulting in a suspension of the processing of their petition and application during the lengthy period that their file would have remained pending.

27.    On July 20, 2007, the supervisor of the USCIS Customer Assistance Office

assigned a case number to the matter (#680221) and advised the Plaintiffs in

a letter that "our records indicate that the processing of your case has been

delayed ... as the required investigation into your background is still in

process ... [a]n exact date for the completion of your background check

cannot be given at this time." Exhibit N.


28.    During March and April 2008, the Plaintiffs requested assistance from U.S.

Sen. Benjamin L. Cardin (D-Md). On March 17, 2008, they were advised

by the senator's office that "the case is pending complex issues." Exhibit

M-1. Baltimore USCIS District Director Gregory Collett advised Sen.

Cardin's office on March 25, 2008, that the adjudication "process can

sometimes take years" but that "Mrs. Soltanion's case has not been

forgotten." Exhibit M-2. Director Collett also stated that the Plaintiffs'

case does not meet the criteria for expediting a background check, as set

forth in a USCIS Interoffice Memorandum, dated February 4, 2008, to

USCIS Field Leadership. Exhibit M-4. In a letter dated April 15, 2008, the

chief of the USCIS Office of Congressional Relations advised Sen. Cardin,

on behalf of Emilio Gonzalez (USCIS Director until April 21, 2008), that

there are "other national security checks that remain unresolved" in the case.

Admitting "the slow progress of the case," USCIS provided no information

about any prospects for adjudication. Exhibit M-3.

29. Most recently, the Plaintiffs attended an InfoPass appointment at the USCIS

Baltimore District Office and received a written reply, dated May 16, 2008,

which stated that the case was pending a "variety of background checks."

No further details were given, nor was any date provided as to when the

background checks might be completed. Exhibit O.

30. Almost three years have passed since the filing of the petition and the

application, and the USCIS has still refused to adjudicate the matter.

## VI. REQUEST FOR RELIEF
## COUNT ONE
### (Unreasonable Delay)

31. The Plaintiffs hereby incorporates the information in paragraphs 1 through

30 above, as though fully set forth herein.

32.   The Plaintiffs have complied with all of the requirements for their immigrant visa petition and application to adjust status to lawful permanent resident.

33.   The Defendants have willfully and unreasonably delayed and have refused to adjudicate the filings in violation of provisions of the INA and the APA.

34.   The delay in adjudicating the filings is not attributable to the Plaintiffs.

35.   The Defendants owe a duty to adjudicate the visa petition and adjustment of status application and have unreasonably failed to perform that duty. This duty is owed by law, under the INA, APA, and regulations, and by reason of having charged filing fees. The proper payment of these fees created an obligation for USCIS to process and adjudicate the petition and the application.

36.   The delay is unreasonable *per se*.

37.   The delay is unreasonable in light of the fact that Plaintiff Soltanion has

had to file for yearly renewals of travel and work authorizations, at a cost of $350.00 each year. Exhibit J. Because USCIS raised these fees in July 2007, the current annual cost of these renewals is $645.00.

38.   The delay is unreasonable in light of the fact that USCIS has failed to adequately respond to any of the Plaintiffs' inquiries into the status of their filings. Exhibits L, L, M, N, and O.

39.   By making numerous inquiries into the status of the filings, the Plaintiffs have exhausted any and all administrative remedies that may exist. No other remedy exists to resolve Defendants' delay and lack of ability or willingness to adjudicate the Plaintiffs' visa petition and application for adjustment of status.

## COUNT TWO
## DECLARATORY JUDGMENT ACT

40.   Plaintiffs re-allege and incorporate by reference paragraphs 1 through 30 above.

41.   Plaintiffs contend that Defendants' actions are unconstitutional, violate the

INA, and are arbitrary and capricious, and they seek a declaration to that

effect. 28 U.S.C. § 2201.

# COUNT THREE
## ADMINISTRATIVE PROCEDURES ACT

42.   Plaintiffs re-allege and incorporate by reference paragraphs 1 through 30

above.

43.   By failing to clear the background check within a reasonable time,

Defendants' practices and procedures violate the Administrative Procedures

Act and constitute agency action that is arbitrary, capricious, and not in

accordance with law. 5 U.S.C. §§ 701 et seq.

44.   The APA requires administrative agencies to conclude matters presented to

them "within a reasonable time." 5 U.S.C. §555. A District Court reviewing

agency action may "compel agency action unlawfully withheld or

unreasonably delayed." 5 U.S.C. §706(1). The Court may hold unlawful and

set aside agency action that, *inter alia*, is found to be "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. §706(2)(A); "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right," 5 U.S.C. §796(2)(C); or "without observance of procedure required by law," 5 U.S.C. 706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. §551(13).

45. The failure of the Defendants to adjudicate the immigrant visa petition and the adjustment of status application within a reasonable time violates the Administrative Procedures Act, 5 U.S.C. §555(b), 5 U.S.C. §§706(1), 706(2)(A), 706(2)(C), and 706(2)(D).

46. The failure of the Defendants to complete timely background checks, with the full knowledge that USCIS requires the completion of such background checks for adjudication of applications for the adjustment of status, violates the Administrative Procedures Act, 5 U.S.C. §555(b), 5 U.S.C. §§706(1), 706(2)(A), 706(2)(C), and 706(2)(D).

47.    The failure of the Defendants to set deadlines for completing background

checks and take all other reasonable steps necessary to complete the

immigrant visa petition and adjustment of status application of the

Plaintiffs, in violation of 8 U.S.C. §1446(d) and 8 C.F.R. §335, is contrary

to the Administrative Procedures Act, 5 U.S.C. §555(b), 5 U.S.C. §§706(1),

706(2)(A), 706(2)(C), and 706(2)(D).


## COUNT FOUR
### (Equal Access to Justice Act)


48.    The Plaintiffs hereby incorporate the information in paragraphs 1 through

30 above, as though fully set forth herein.


49.    The Plaintiffs seek attorneys' fees and costs under the equal Access to

Justice Act as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully ask the Court to:

1.    Assume jurisdiction over this matter.

2.    If necessary, order that a hearing take place.

3.    Compel the Defendants, and those acting under them, to perform their

duties and immediately complete processing of and render a final

decision on the Plaintiffs' immigrant visa petition and application for

adjustment of status.

4.    Declare that the Defendants' policies, practices, and customs, which

deprive Plaintiffs of their right to adjudication of their visa petition

and application for adjustment of status within a reasonable time,

violate the United States Constitution, the Immigration and

Nationality Act, and the Administrative Procedures Act.

5.    Declare that Defendants' practices violate legal duties owed to

Plaintiffs under the Immigration and Nationality Act.

6.    Award Plaintiffs' counsel reasonable attorneys' fees and costs,

pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, 28 U.S.C.

§2412; and

7.    Grant such other and further relief as may be just and proper.


Respectfully Submitted,

By: _Carolyn Ann Killea_

Carolyn Ann Killea

District of Columbia Bar No. 412419
M. Deutsch Immigration Law Firm
1666 Connecticut Ave. NW, Suite 325
Washington, D.C. 20009
Phone: 202-728-0820
Fax: 202-234-1270
morrisdeutsch@compuserve.com

By: _____

Morris H. Deutsch

District of Columbia Bar No. 405483
M. Deutsch Immigration Law Firm
1666 Connecticut Ave. NW, Suite 325
Washington, D.C. 20009
Phone: 202-728-0820
Fax: 202-234-1270

ATTORNEYS FOR THE PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## SOLTANION AND KAZEMI V. MUKASEY, ET AL.

## EXHIBIT LIST

A.   Copy of Marriage Certificate of the Plaintiffs, Tala Soltanion and Nima Kazemi, dated August 23, 2005, County of Los Angeles, Calif.

B.   Copy of Naturalization Certificate of Plaintiff Nima Kazemi, dated October 28, 2005, Los Angeles, Calif.

C.   Copies of Plaintiff Tala Soltanion's Passports, Islamic Republic of Iran, and Forms I-94:
   1. Biographical Page of Tala Soltanion's Current Passport
   2. Pages from Tala Soltanion's Expired Passport, Valid Through September 14, 2007, Showing U.S. Visas
   3. Tala Soltanion's Forms I-94

D.   Copy of Form I-797, Notice of Action, Receipt Notice for Form I-130, Receipt No. MSC-06-070-21347

E.   Copy of Form I-797, Notice of Action, Receipt Notice for Form I-485, Receipt No. MSC-06-070-21345

F.   Copy of Request for Additional Evidence (I-485), dated December 23, 2005

G.   Copy of Fingerprinting Notice from the USCIS Los Angeles District Office, with Biometrics Stamp, dated March 10, 2006

H.   Copy of Adjustment of Status (Interview Results) Notice, dated May 9, 2006, USCIS Los Angeles District Office

I.   Copy of Interview Notice, USCIS Baltimore District Office, dated February 22, 2005

J.   Copies of Plaintiff Soltanion's Renewals of Employment Authorization Documents and Travel Document, as Required for Pending Applicants for Adjustment of Status

K.   Copy of Reply to Freedom of Information Act Request, from USCIS National Records Center, Lee's Summit, Mo., dated May 24, 2007

L.     Copies of Correspondence with U.S. Rep. Chris Van Hollen's Office Concerning the Plaintiffs' Case
1. Letter dated March 7, 2007
2. Letter dated May 11, 2007

M.     Copies of Correspondence with U.S. Sen. Benjamin L. Cardin's Office Concerning the Plaintiffs' Case
1. Letter dated March 17, 2008
2. Letter dated March 25, 2008
3. Letter dated April 15, 2008, with
4. Enclosure to Letter dated April 15, 2008: February 4, 2008, USCIS Interoffice Memorandum to Field Leadership Concerning Revised National Security Adjudication and Reporting Requirements

N.     Copy of USCIS Customer Service Office Letter to the Plaintiffs, dated July 20, 2007

O.     Copy of Correspondence to Plaintiffs from USCIS Baltimore District Office, dated May 16, 2008, regarding their InfoPass appointment of that day

**A**
**Copy of Marriage Certificate of the Plaintiffs, Tala Soltanion**
**and Nima Kazemi, dated Aug. 23, 2005,**
**County of Los Angeles, Calif.**





COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

CONNY B. MCCORMACK
Registrar-Recorder/County Clerk

*19-0637725*

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

AUG 2 6 2005

This copy not valid unless prepared on engraved border displaying Seal and Signature of the Registrar-Recorder/County Clerk.

# LICENSE AND CERTIFICATE OF MARRIAGE

| LOCAL REGISTRATION NUMBER | | STATE FILE NUMBER |
|---|---|---|
| | 4 2005 190187136 | |

MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

| | | |
|---|---|---|
| 1A. NAME OF GROOM—FIRST (GIVEN) NIMA | 1B. MIDDLE | 1C. LAST (FAMILY) KAZEMI ASHTIANI |
| 2. DATE OF BIRTH—MONTH, DAY, YEAR 07/11/1977 | | |
| 3A. RESIDENCE—STREET AND NUMBER 1031 N. ORANGE GROVE AV. | 3B. CITY N HOLLYWOOD | 3C. ZIP CODE 90046 | 3D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE LOS ANGELES | 4. STATE OF BIRTH IRAN |
| 5. MAILING ADDRESS—IF DIFFERENT | | 6. NUMBER OF PREVIOUS MARRIAGES 00 | 7A. LAST MARRIAGE ENDED BY— DEATH ☐ DISSOLUTION ☐ ANNULMENT ☐ | 7B. DATE—MONTH, DAY, YEAR — —/— —/— — |
| 8A. USUAL OCCUPATION SOFTWARE ENGINEER | 8B. USUAL KIND OF BUSINESS OR INDUSTRY SOFTWARE DEVELOPMENT | 9. EDUCATION—YEARS COMPLETED 19 |
| 10A. FULL NAME OF FATHER YOUSEF KAZEMI ASHTIANI | 10B. STATE OF BIRTH IRAN | 11A. FULL MAIDEN NAME OF MOTHER NAHID DJANNATIPOUR | 11B. STATE OF BIRTH IRAN |

GROOM PERSONAL DATA

| | | |
|---|---|---|
| 12A. NAME OF BRIDE—FIRST (GIVEN) TALA | 12B. MIDDLE | 12C. CURRENT LAST (FAMILY) SOLTANION | 12D. MAIDEN LAST (FAMILY)—IF DIFFERENT THAN 12C |
| 13. DATE OF BIRTH—MONTH, DAY, YEAR 08/25/1979 | | |
| 14A. RESIDENCE—STREET AND NUMBER 18858 KILLOCH WAY | 14B. CITY NORTHRIDGE | 14C. ZIP CODE 91326 | 14D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE LOS ANGELES | 15. STATE OF BIRTH IRAN |
| 16. MAILING ADDRESS—IF DIFFERENT | | 17. NUMBER OF PREVIOUS MARRIAGES 00 | 18A. LAST MARRIAGE ENDED BY— DEATH ☐ DISSOLUTION ☐ ANNULMENT ☐ | 18B. DATE—MONTH, DAY, YEAR — —/— —/— — |
| 19A. USUAL OCCUPATION HOMEMAKER | 19B. USUAL KIND OF BUSINESS OR INDUSTRY DOMESTIC | 20. EDUCATION—YEARS COMPLETED 18 |
| 21A. FULL NAME OF FATHER REZA SOLTANION | 21B. STATE OF BIRTH IRAN | 22A. FULL MAIDEN NAME OF MOTHER ATEFEH GHAZLELOU | 22B. STATE OF BIRTH IRAN |

BRIDE PERSONAL DATA

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF; THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US.

| 23. SIGNATURE OF GROOM ► Nima Kazm | 24. SIGNATURE OF BRIDE ► Tala ... |
|---|---|

AFFIDAVIT

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS, REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. ISSUE DATE MONTH, DAY, YEAR 08/10/2005 | 25B. LICENSE EXPIRES MONTH, DAY, YEAR 11/07/2005 | 25C. LICENSE NUMBER B P002591 | 25D. COUNTY OF ISSUE Los Angeles | 25E. NAME OF COUNTY CLERK Conny B. Mc Cormack | 25F. SIGNATURE OF DEPUTY—IF APPLICABLE ► Conny Chun DEPUTY |

LICENSE TO MARRY

| 26A. CITY, STATE AND ZIP CODE North Hollywood CA 91326 | 26B. ADDRESS—STREET AND NUMBER 18828 1211 back | 27A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ► Jared W... |
|---|---|---|
| 26C. CITY, STATE AND ZIP CODE | 27B. ADDRESS—STREET AND NUMBER 27312 BETANZOS | 27C. ZIP CODE Mission Viejo CA 92692 |

WITNESS(ES) (ONE REQUIRED)

28. I HEREBY CERTIFY THAT THE ABOVE - NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA.

| 29A. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) Toni M. Levin | 29B. RELIGIOUS DENOMINATION OR CLERGY | 29C. NAME OF CHURCH SOLEMNIZING MARRIAGE | 29D. OFFICIAL TITLE DEPUTY COMM'R |
| 29E. MAILING ADDRESS 9335 BURTON WY., BEV HLS, CA 90210 | 29F. ZIP CODE | 29G. CITY OR TOWN | |

CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE

| 30A. DATE OF MARRIAGE AT BEVERLY HILLS, LOS ANGELES CALIFORNIA | 30B. CITY | MONTH AUGUST | DAY 23 | YEAR 2005 |
|---|---|---|---|---|

| 30C. SIGNATURE OF DEPUTY—IF APPLICABLE ► Conny Chun DEPUTY | 31. DATE ACCEPTED FOR REGISTRATION AUG 26 2005 | 30D. NAME OF LOCAL REGISTRAR Conny B. Mc Cormack |
|---|---|---|

VS-117 (1-00)        STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

**B**

**Copy of Naturalization Certificate of Plaintiff Nima Kazemi,
dated October 28, 2005,
Los Angeles, Calif.**

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 29133969



*Personal description of holder as of date of naturalization:*

*Date of birth:* **JULY 11, 1977**

*Sex:* **MALE**

*Height:* **5** *feet* **10** *inches.*

*Marital status:* **SINGLE**

*Country of former nationality:*
**IRAN**

*CIS Registration No.* **A043882837**

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*Nima Kazmi*
*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* **LOS ANGELES, CALIFORNIA**

*The Secretary having found that:*
**NIMA KAZEMI**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**US DISTRICT COURT CENTRAL DISTRICT**

*at:* **LOS ANGELES, CALIFORNIA**     *on:* **OCTOBER 28, 2005**

*that such person is admitted as a citizen of the United States of America.*



*Director, U.S. Citizenship and Immigration Services*

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

## DEPARTMENT OF HOMELAND SECURITY

**C**
**Copies of Plaintiff Tala Soltanion's Passports,**
**Islamic Republic of Iran,**
**and Forms I-94**

**C-1**
**Biographical Page of Tala Soltanion's Current Passport**



Country of Residence:
**USA**
Place of Issue:
**WASHINGTON**

Holder's Signature:

Observation :

Name & Position of Issuing officer:
**MOSTAFA RAHMANI_DIRECTOR**

**ISLAMIC REPUBLIC OF IRAN**

Passport Number: V1166097S

Surname: SOLTANION

Given Name: TALA

Father's Name: REZA

Date & Place of Birth: 25/08/1979 IRAN
Sex: F

Date of Issue: 07/09/2007
Date of Expiry: 06/09/2012

P<IRN<SOLTANION<<TALA<<<<<<<<<<<<<<<<<<<<<<<<<<
V1166097S01RN7908253F1209062<<<<<<<<<<<<<<<<04

**C-2**
**Pages from Tala Soltanion's Expired Passport, Valid**
**Through Sept. 14, 2007, Showing U.S. Visas**



نام طلا

نام خانوادگی سلطانیون

نام پدر رضا

تاریخ محل تولد ۲۵۰۴۰ / ۱۳۵۸ تبریز

شماره شناسنامه ۲۴۴۱

Name: TALA

Surname: SOLTANION

Father's name: REZA

Date & place of birth: 25/08/1979     TABRIZ

ID. card no.:

Photographs of persons accompanying the bearer        مشخصات همراهان

Signature of wife        محل امضاء همسر



تاریخ و محل صدور ۷۴۵۰/۴۲۲ تهران وشنبه ۱۳

Issued at/on:    14/09/1997    TEHRAN

تاریخ خاتمه اعتبار ۸۱۲۰۴۲۲

Validity expires on:    14/09/2002

نام و سمت امضاکننده

Name and position of the authority:

محل مهر و امضاء

Seal and signature:

نمدید اعتبار تاریخ ۸۲/۰۶/۲۲

Validity is extended to:    14/09/2007

تاریخ و محل تمدید ۸۲/۰۲/۱۰

Date and place of extension:    30/04/2003    TEHRAN

نام و سمت امضاکننده

Name and position of the authority:

محل مهر و امضاء

Seal and signature:





C-3
Tala Soltanion's Forms I-94



OMB No. 1651-0111

Departure Number

b22333580 12

I-94
Departure Record

14. Family Name
15. First (Given) Name
17. Country of Citizenship    IRAN

16. Birth Date (Day/Mo/Yr)

Purpose: DA. I-512
Adjustment Applicant

(Print) ____ (Date) ____ (Other)

CBP Form I-94 (10/04)

VISAS   روادید



Departure Number    *FIN # 1563169 1*

218422454 11    U.S. IMMIGRATION
LOS        5980
ADMITTED

Immigration and
Naturalization Service

FEB 2 3 2005
B1 2

I-94
Departure Record

CLASS
UNTIL AUG 2 3 2005

1. Family Name
Soltanion        25 08 79
Birth Date (Day/Mo/Yr)

5. First (Given) Name
Taila

Country of Citizenship
IRAN

See Other Side        STAPLE HERE

Detach This Half for Personal Records

Receipt # WAC-05-221-51744
I-94# 218422454 11
NAME SOLTANION, TALA
CLASS B2

VALID FROM 08/24/2005 UNTIL 10/23/2005

PETITIONER: SOLTANION, TALA
18858 KILLOCH WAY
NORTHRIDGE CA 91326

Form I 797A (Rev. 09/07/93)N

218422454 11

Receipt Number WAC-05-221-51744
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner:

| 14. Family Name SOLTANION | 16. Date of Birth |
|---|---|
| 15. First (Given) Name TALA | 08/25/1979 |
| 17. Country of Citizenship IRAN | |

**D**
Copy of Form I-797, Notice of Action, Receipt Notice
for Form I-130, Receipt No. MSC-06-070-21347

## THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-06-070-21347 | I-130 - Petition for Alien Relative |

| Received Date: | Priority Date: | Petitioner: |
|---|---|---|
| December 08, 2005 | | KAZEMI, NIMA |

| Notice Date: | Page    1 OF 1 | Beneficiary: |
|---|---|---|
| December 13, 2005 | | SOLTANION, TALA |

| | |
|---|---|
| NIMA KAZEMI<br>1031 N ORANGE GROVE AVE APT 201<br>WEST HOLLYWOOD CA 90046 | Notice Type:        Receipt Notice<br><br>Amount Received:        $190.00 |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

Second I-130

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5147700            000292799¹            Form I-797C (Rev. 11/08/02) N

**E**
Copy of Form I-797, Notice of Action,
Receipt Notice for Form I-485,
Receipt No. MSC-06-070-21345

# UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-06-070-21345 | | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|---|
| Received Date:<br>December 08, 2005 | Priority Date: | Applicant:    A096697488<br>SOLTANION, TALA |
| Notice Date:<br>December 13, 2005 | Page        1 OF 1 | ASC Code:    3 |

| TALA SOLTANION<br>1031 N ORANGE GROVE AVE APT 201<br>WEST HOLLYWOOD CA 90046 | Notice Type:        Receipt Notice<br><br>Amount Received:        $395.00 |
|---|---|

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



**F**
**Copy of Request for Additional Evidence (I-485),**
**dated Dec. 23, 2005**

U.S. Department of Homeland Security
P.O. Box 648006
Lee's Summit, MO 64064



**U.S. Citizenship
and Immigration
Services**

DEC 2 3 2005

TALA SOLTANION
1031 N ORANGE GROVE AVE APT 201
WEST HOLLYWOOD, CA 90046

File:

I-485

MSC-06-070-21345          12/08/2005

In Re:

*Soltanions Tala*

### Request for Additional Evidence (I-485)

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485) without additional information. Please submit the information requested below. You must submit the information within 87 (eighty-seven) days to the following address: **U.S. Department of Homeland Security, PO Box 648006, Lee's Summit, MO 64064.** Failure to do so will result in a denial. Please include this letter with your response.

You are ineligible for employment authorization pursuant to Title 8, Code of Federal Regulations, Part 274a.13(d) until ninety (90) days after the missing initial evidence is received.

All copies must be clear and legible. If you submit a document in any language other than English, it must be submitted with a full English translation. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate. You must submit both the foreign language document and the English translation.

H. ☒ Please submit **one** of the following:

1.  Evidence of your current nonimmigrant status or the nonimmigrant status under which you last entered the United States. Such evidence includes, but is not limited to, Form I-94 Arrival/Departure Record, or a copy of the nonimmigrant visa page of your passport showing admission to the United States.

2.  If you last entered the United States without inspection, you must submit evidence of your eligibility for adjustment of status under section 245(i) of the Immigration and Nationality Act (INA). **To be eligible for adjustment under 245(i) of INA, you must be the beneficiary of an immigrant visa petition or application for labor certification filed on or before April 30, 2001.** In addition, unless otherwise exempt according to the instructions for Supplement A, you must pay the required section 245(i) surcharge fee at the time of your interview. Please submit evidence of eligibility under section 245(i) of INA and a completed and signed Supplement A to Form I-485. **ALL applicants filing under Section 245(i) must submit a completed and signed Supplement A for Form I-485 even if no surcharge fee is required.**

LAWFUL ENTRY REQUEST

312-385-7

**G**
Copy of Fingerprinting Notice from the USCIS
Los Angeles District Office, with Biometrics Stamp,
dated March 10, 2006



**U.S. Citizenship and Immigration Services**

U.S. Department of Homeland Security
Citizenship and Immigration Services
300 North Los Angeles Street
Los Angeles, CA 90012

FINGERPRINTS

TALA   SOLTANION
1031  N.  ORANGE  GROVE   AVE APT
WEST  HOLLYWOOD,  CA  90046

Rcpt:   **MSC-06-070-21345**
File:   **A96697488**
Date:   **March 10, 2006**
Initial: **SA/CMI**

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
_____ ON _____
TENPRINTS QA REVIEW BY:
_____ ON   MAR 1 0 2006

To continue processing of your application I-485 must send your Fingerprints to the Federal Bureau of Investigation.  You have been scheduled to be fingerprinted at the location listed below:

| PLACE | Fairfax Center 5949 W. Pico Blvd. Los Angeles, CA. 90035 | Open: Tuesdays - Saturdays Close: Sundays and Mondays |
|---|---|---|
| DATE AND HOUR | 03/09/TO/03/21/2006  at | 8- AM 2:00 PM |
| ASK FOR | Fingerprinting Office | |
| REASON FOR APPOINTMENT | ☐ Code 1: Fingerprints<br>☐ Code 2: Biometric Processing<br>☒ Code 3: Fingerprints and Biometric Processing | |
| BRING WITH YOU: | THIS LETTER, your Alien Registration Card (if applicable), and photo identification such as passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS/CIS issued photo ID.  If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. | |

Please take note that the staff at the Application Support Center will not be able to answer any questions about the status of your application.
Failure to appear may result in the denial of your application.

F/P INDICATOR: _____
F/P PROCESSING DATE: _____
RAFACS: _____
CIS OFFICIAL'S INITIALS: _____

Sincerely,

Jane E. Arellano

Jane E. Arellano
**District Director**

I CANNOT APPEAR FOR THIS APPOINTMENT BECAUSE:

**H**
Copy of Adjustment of Status (Interview Results) Notice,
dated May 9, 2006, USCIS Los Angeles District Office

**U.S. Department of Homeland Security**

*Citizenship and Immigration Services*
*Los Angeles District Office*

## ADJUSTMENT OF STATUS NOTICE

[ ~~TALA SOLTANION~~ ]

NIMA KAZEMI c/o
1031 N ORANGE GROVE AVE APT 201
WEST HOLLYWOOD, CA 90046

DATE: **MAY 09 2006**
A No: 96 697 488
R/W

*First Interview in California*

Dear Applicant:

Your application for permanent resident status is pending for the reason(s) checked below:

> **INQUIRIES WILL NOT BE ACCEPTED UNTIL 180 DAYS AFTER YOUR INTERVIEW.**
> **NO RESPONSE WILL BE GIVEN IF SUBMITTED PRIOR TO THE 180 DAYS.**
> **SERVICE HOURS: Mon., Tue., Wed. and Fri. 7:00 AM – 3:00 PM, Thu. 7 AM – 12 noon.**
> **NOTE: Please bring this notice with you if you come to the office and include a copy of this notice with any correspondence.**

☐  Fingerprints have been submitted to the FBI; however, a response is still pending for:
☐ you    ☐ your spouse  ☐ your child(ren): _____

☐  According to this month's visa bulletin, a visa number is not currently available for you. it is recommended that you call the State Department's Visa Bulletin telephone number (202) 663-1541 or visit *www.travel.state.gov/visa_bulletin* on a monthly basis to determine when a visa number does become available.

Your category is:_____ Country of Chargeability: _____ Priority Date: _____.

When a visa number becomes available, you should *MAIL* a copy of this notice to USCIS, Attn: Priority Date, P.O. Box 532689, Los Angeles, CA 90053-2689.

☐  The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐  You will be advised of the time and date of a second interview. If you have not heard anything from us within *EIGHT months* from the above date, you may inquire concerning your case in Room 2050.

☐  An additional review of your case and/or background check is required to determine your eligibility.

☐  Asylum Adjustment visa numbers are *NOT* available until *October* 1st of each year. If you have not heard anything by *December* 1st of each year, *MAIL* a copy of this notice to: USCIS, Attn.: Priority Date, P.O. Box 532689, Los Angeles, CA 90053-2689.

☐  Please report to the USCIS District Office at 300 N. Los Angeles St., Rm. 7661, Los Angeles, CA in regards to the National Security Entry/Exit Registration System. You must bring the attached referral notice with you.

DAO _____

☐  Attorney notified.

WR-800 (LOS)                                                                 Rev. 4/19/04

**I**
## Copy of Interview Notice,
## USCIS Baltimore District Office,
## dated Feb. 22, 2005

# THE UNITED STATES OF AMERICA

| File Number:<br>A96 697 488 | | Case Type | I-485 APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|---|
| Recei pt Date<br>December 9, 2005 | Priority Date: | Applicant:<br> | Soltanion, Tala |

| Date of Notice:<br>February 22, 2007 | Page 1 of 1 |
|---|---|

Nima Kazemi

Tala  Soltanion

4 Dudley Court

Bethesda, MD  20814

**Notice Type:**   Interview Notice

*Second Interview in Baltimore*

An interview appointment regarding eligibility in this case has been scheduled for the following place, date and time:

| Place: | 31 Hopkins Plaza, 103, Baltimore, Maryland 21201 | |
|---|---|---|
| Date of Appointment: | April 27, 2007 | Note: Parking in the downtown area is limited and building security is strict; therefore, you should plan to arrive at least 1 ½ hour before your scheduled appointment time to avoid missing your appointment |
| Time of Appointment: | 8:30 am | |
| Officer: | A | |

This interview is a necessary part of determining eligibility in this matter. Each applicant or petitioner listed above or included in this case should appear for this interview.  They should bring this notice, and photo identification, such as a passport or driver's license with them to this interview.

If copies of a document were submitted as evidence with this application or petition, the originals of these documents should be brought to the interview.  If any other documents are required, they will be listed in an attachment to this notice.  You may also bring any other documents (original plus a copy that we may retain) of any other evidence you wish to bring to establish eligibility for this immigration benefit.

**Please also bring the specific items checked off  below to your interview:**

· The attached Form G325A (completed and signed).

· The attached Form I-864 (completed, signed and notarized)

· Two photographs (see attached for specifications)

— Your Birth Certificate or other evidence of birth

✓ The items listed on the attached sheet

✓ Driver's License or other photo identification

cc:  Brian B. Alavi
3250  Wilshire Blvd Ste 812
Los Angeles CA  90010

**Please make every effort to keep this appointment. If you cannot, please return this letter immediately with your explanation and a request for a new appointment date. Please be advised that should you fail to appear for your scheduled interview or to request that your appointment be rescheduled, your application or petition will be deemed abandoned and all action thereon terminated, pursuant to current Service policy.**

Please see additional information on the back.  You will be notified separately about any other cases you filed.

**U.S. Citizenship and Immigration Services**
**31 Hopkins Plaza**
**Baltimore, Maryland  21201**

Customer Service Telephone   (800) 375-5283

**J**
**Copies of Plaintiff Soltanion's Renewals of Employment**
**Authorization Documents and Travel Document, as Required**
**for Pending Applicants for Adjustment of Status**

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME: SOLTANION, TALA



A# 096-697-488
CARD #: MSC0780077351
Birthdate    Category    Sex
08/                        F
Count
Ira
Terms
NONE

**NOT VALID FOR REENTRY TO U.S.**

CARD VALID FROM 04/10/07  EXPIRES 04/09/08

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME: SOLTANION, TALA




A# 096-697-488
CARD #: MSC0860063279
Birthdate    Category    Sex
08/                        F
Count
Ira
Terms
NONE

**NOT VALID FOR REENTRY TO U.S.**

CARD VALID FROM 04/10/08  EXPIRES 04/09/09

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-512L, Authorization for Parole of an Alien Into the United States**

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued 2/10/2008 | |
|---|---|---|---|---|

A4
A096697488    MSC0830063279

SOLTANION, TALA
Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country)

08/25/1979    IRAN

U.S. Address (Apt number and/or in care of)    (Street Number and Name)    (City)    (State or Province)    (Zip/Postal Code)

5750 BOU AVENUE 916, ROCKVILLE MD  20852

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to 3/9/2009 allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. This authorization is valid for multiple applications for parole into the United States during the validity period noted above. Each parole period shall not exceed one year from the date of parole at the port-of-entry.

[X] Approved

Conditions/comments:

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain in "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Robert M. Cowan

National Benefits Center

National Benefits Center
Parole Stamp



Form I-512L (Rev 06/01/05)Y

**K**
Copy of Reply to Freedom of Information Act Request,
from USCIS National Records Center,
Lee's Summit, Mo., dated May 24, 2007

U.S. Department of Homeland Security
Box ...
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services

May 24, 2007                                    NRC2007037455

Tala Soltanion
4 Dudlet Ct.
Bethrsda, MD 20814

Dear Tala Soltanion:

We received your request for information relating to yourself cn May 24, 2007.

Your request is being handled under the provisions of the Freedom of Information Act
(5 U.S.C. 552). It has been assigned the following control number: NRC2007037455. Please cite this
number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this
system we consider each request according to the complexity and volume so that requesters with a simple
and quick response do not wait for extended periods of time while we review complex voluminous
requests. Because of the nature of your request we have placed your request on the complex track. Since
your request is on the complex track, you may wish to modify it to identify a specific document(s), the
exact information sought, and location if known. Upon receipt, we will reconsider your request for
eligibility for the faster track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for
use on your personal computer. This option is an alternative to paper copies. The CD is readable on all
computers, except Apple brand, through the use of Adobe Acrobat software. A version of Adobe Acrobat
will be included on the CD. Your records can be viewed on your computer screen and can be printed
onto paper. Only records 15 pages or more are eligible for CD printing. **Attorneys automatically
receive CDs, unless they contact us to request paper copies. Once an attorney has requested paper
copies, all future responsive records will be provided via paper – there is no need to call again.** For
individuals (i.e. non-attorneys) please call our office at (816) 350-5570 to order your record on CD. Once
you request your records on either CD or paper, all future records will be furnished in the format you have
requested.

If you have any questions concerning your pending FOIA/PA request, please address them to this office,
Attention: FOIA/PA Officer, or call us at (816) 350-5570, or fax any FOIA/PA related correspondence to
(816) 350-5785. If you have questions concerning the status of a pending Application or Petition or any

other type of immigration matter, you must contact your local District Office or call the National Customer Service Unit at 1-800-375-5283. The National Records Center cannot assist you concerning any pending Applications or Petitions or any other type of immigration matter.

Sincerely,

T. Diane Cejka
Director

**L**
Copies of Correspondence
with U.S. Rep. Chris Van Hollen's Office
Concerning the Plaintiffs' Case

**L-1**
**Letter dated March 7, 2007**

AN HOLLEN
RICT, MARYLAND

COMMITTEE ON
CATION AND THE WORKFORCE

COMMITTEE ON GOVERNMENT REFORM

COMMITTEE ON THE JUDICIARY

# Congress of the United States

## House of Representatives

### Washington, DC 20515

LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5341

DISTRICT OFFICES:
51 MONROE STREET, #507
ROCKVILLE, MD 20850
(301) 424-3501

3409 RHODE ISLAND AVENUE
MOUNT RAINIER, MD 20712
(301) 927-5223

www.house.gov/vanhollen

March 7, 2007

Ms. Tala Soltanion
4 Dudley Court
Bethesda, MD  20814-5426

Dear Ms. Soltanion:

Thank you for contacting me regarding your application for permanent residency.

USCIS has informed that your background check has cleared.  You have been scheduled for an adjustment of status interview on April 27, 2007, at 8:30 a.m.  You must bring all your documentation to this interview.

I am pleased to have been able to help you with this matter.  Please don't hesitate to contact me if I may be of assistance to you in the future.

Sincerely,

Chris Van Hollen
Member of Congress

CVH/mf

**L-2**
**Letter dated May 11, 2007**

CHRIS VAN HOLLEN
8TH DISTRICT, MARYLAND

COMMITTEE ON
WAYS AND MEANS

COMMITTEE ON OVERSIGHT AND
GOVERNMENT REFORM

# Congress of the United States
## House of Representatives
### Washington, DC 20515

1707 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5341

DISTRICT OFFICES:
51 MONROE STREET, #507
ROCKVILLE, MD 20850
(301) 424-3501

SUITE C-201
6475 NEW HAMPSHIRE AVENUE
HYATTSVILLE, MD 20783
(301) 891-6982

www.vanhollen.house.gov

May 11, 2007

Ms. Tala Soltanion
4 Dudley Court
Bethesda, MD 20814-5426

Dear Ms. Soltanion:

I have received your letter of May 6, 2007 requesting further clarification of the status of your application for permanent residency.

USCIS has informed me that, although your FBI name check has cleared, other background checks are still pending with the Department of Homeland Security (DHS). Unfortunately, DHS does not share information regarding the specific nature of these background checks with either applicants or Members of Congress.

I am sorry that this is not the response for which you were hoping, but I hope this information is helpful to you. If you need my assistance in the future, please do not hesitate to contact me.

Sincerely,

Chris Van Hollen
Member of Congress

CVH/ mf

**M**
**Copies of Correspondence with**
**U.S. Sen. Benjamin L. Cardin's Office**
**Concerning the Plaintiffs' Case**

**M-1**
**Letter dated March 17, 2008**

Good Morning Joyce,

The I-130 petitions will be adjudicated at the same time the I-485 petition is adjudicated. At this time, her case is pending complex issues.

Mr. Nima Kazemi
4 Dudley Court
Bethesda, Maryland 20814

Dear Mr. Kazemi:

Enclosed please find a copy of the reply I have received from the U.S. Citizenship and Immigration Services, Baltimore District Office regarding the inquiry I made on your behalf. I hope that the matter will be settled to your satisfaction.

Thank you for giving me the opportunity to be of service to you. Should you have any additional concerns, please do not hesitate to contact my office.

Best wishes.

Sincerely,

*Benjamin L. Cardin*

Benjamin L. Cardin
United States Senator

BC:jr
Enclosure

Reply To:

☐ 509 Hart Senate Office Building
Washington, DC 20510–2004
(202) 224–4524
www.cardin.senate.gov

Printed on
Recycled Paper

Reply To:

☐ Tower 1 Suite 1710
100 S. Charles Street
Baltimore, MD 21201
(410) 962–4436

**M-2**
**Letter dated March 25, 2008**

*Office of the District Director*

**U.S. Department of Homeland Security**
31 Hopkins Plaza, Suite 700
Baltimore, Maryland 21201



U.S. Citizenship
and Immigration
Services

March 25, 2008

The Honorable Benjamin Cardin
United States Senator
Tower 1, Suite 1710
100 S. Charles Street
Baltimore, Maryland 21201

**Attention: Joyce Revell**

Dear Senator Cardin:

Thank you for your letter dated March 21, 2008, with correspondence from Mr. Nima Kazemi, regarding his wife, Tala Soltanion, Service file number A96697488, requesting this office expedite the adjudication of Mrs. Soltanion's Application to Register Permanent Resident or Adjust Status, Form I-485.

United States Citizenship and Immigration Services (USCIS) is committed to adjudicating immigration benefits in a timely manner while ensuring public safety and national security. Though the background checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved background check issues that temporarily delay adjudication of the application or petition. Although USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction. Unfortunately, this process can sometimes take years.

The background checks involve more than just the initial submission of biographical information or fingerprints and the initial response. If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed. This inquiry may include an additional interview and/ or the need to contact another agency for updates or more comprehensive information. If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication. Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.



RECEIVED
MAR 2 6 2008
BY:-------------------

While the Baltimore District Office can expedite an application in emergency situations, fairness dictates that in most situations all applications are adjudicated and processed in the order in which they are received. I have considered the information contained in Mr. Kazemi's inquiry, and have determined that the circumstances do not meet the approved criteria for expediting the security background checks. The policy memo issued by Michael Aytes states the case must be approvable before we can adjudicate without the results. Unfortunately, this case does not meet the criteria to be processed under the new guidance. If Mr. Kazemi and Mrs. Soltanion wish to relocate to Los Angeles, they must submit an AR-11 with the Service and her case will be forwarded to the district office closes to their residence. Please rest assured once this office receives the results, Mrs. Soltanion's case will be given every fair consideration according to the law.

We have checked into Mrs. Soltanion's case and have been assured that the agency is monitoring the progress of the case. USCIS is reviewing the information received from the background checks, determining if any additional information needs to be collected, and assessing if the information impacts the applicant's eligibility for the requested immigration benefit.

We understand that Mr. Kazemi is concerned with the progress of his wife's application but we must balance our obligations to the individual applicant against our obligations to the public as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. We hope that the recognition that Mrs. Soltanion's case has not been forgotten lessens any anxiety stemming from the delay in the adjudication.

Thank you for the opportunity to assist your office in this matter.

Sincerely,

Gregory L. Collett
District Director

**M-3**
**Letter dated April 15, 2008**



U. S. Department of Homeland Security
Washington, DC 20529

APR 1 5 2008

U.S. Citizenship
and Immigration
Services

CO 703.2491

The Honorable Benjamin L. Cardin
Member, U.S. House of Representatives
Tower 1, Suite 1710
100 S Charles St
Baltimore, MD 21201

Dear Senator Cardin:

Thank you for letter of April 3, 2008, on behalf of your constituent, Mrs. Tala Soltanion (A96 697 488), regarding the delay in processing her "Application to Register Permanent Residence or Adjust Status," Form I-485.

While the Memorandum of February 4, 2008 (copy enclosed) did provide for the adjudication of I-485 applications where the Federal Bureau of Investigation (FBI) name check was pending, it also clearly stated that adjudication could only continue where the name check was the only issue.

It must be realized that the FBI name check is only one of several security checks conducted by U.S. Citizenship and Immigration Services (USCIS) on adjustment applications. In the instant case, there are other national security issues that remain unresolved, and therefore, adjudication cannot continue until these issues are completely resolved.

We realize that your constituent is frustrated by the slow progress of her case, but USCIS must balance individual inconvenience against broader issues of national security. We hope that the recognition that your constituent's case has not "fallen through the cracks," lessens somewhat the anxiety of waiting for resolution.

We hope the information provided is helpful. If we may be of assistance in the future, please let us know.

Sincerely,

FOR THE DIRECTOR

Sarah Taylor
Chief
Office of Congressional Relations

Enclosure

RECEIVED
APR 1 7 2008

BY: --------------------

**M-4**
**Enclosure to Letter dated April 15, 2008:**
**Feb. 4, 2008, USCIS Interoffice Memorandum**
**to Field Leadership Concerning Revised National Security**
**Adjudication and Reporting Requirements**

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

FEB 4 - 2008

HQ 70/23 & 70/28.1

# Interoffice Memorandum

**TO:**       Field Leadership

**FROM:**    Michael Aytes
             Associate Director, Domestic Operations

**SUBJECT:**  Revised National Security Adjudication and Reporting Requirements

## Background

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director

**N**
Copy of USCIS Customer Service Office
Letter to the Plaintiffs, dated July 20, 2007

U.S. Department of Homeland Security
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C

JUL 2 0 2007

Mrs. Tala Soltanion
4 Dudley Court
Bethesda, MD 20814

Dear Mrs. Soltanion:

This is in response to a letter dated May 14, 2007, to the U.S. Citizenship and Immigration Services Ombudsman (CISO).  Your husband, Mr. Nima Kazemi, has sent us a letter requesting the status of your application for permanent residence, it was assigned case # 680221and forwarded to the Customer Assistance Office for a response.

We understand the concern that prompted him to write.  Unfortunately, we cannot discuss the issues concerning the immigration status of the applicant or petitioner in this case, due to rules set forth in the Freedom of Information and Privacy Act.

Using the information he provided in that letter, we have searched our system.  Our records indicate that the processing of your case has been delayed, because of the following reason.  A check of our records establishes that your case is not yet ready for decision as the required investigation into your background is still in process.   These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking.

While an exact date for completion of your background check cannot be given at this time, please be assured that the USCIS Office handling your case will keep you informed on any actions taken on your case.  Please see the enclosed Fact Sheets for a better explanation of the background process.

Mrs. Tala Soltanion
Page 2

If you require additional assistance and/or filing instructions, we invite you to visit our web site at www.uscis.gov or, if you do not have internet access, contact customer service at 1-800-375-5283.

Sincerely,

Constance Carter, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures:  Fact Sheet: Immigration Security Checks – How And Why the Process Works
             Fact Sheet: USCIS Clarifies Criteria To Expedite FBI Name Check

Of Communications
U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

February 20, 2007

# USCIS Update

## USCIS CLARIFIES CRITERIA TO EXPEDITE FBI NAME CHECK
### *Federal Litigation Removed as Sole Basis to Expedite Check*

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the FBI to expedite a name check when the only reason for the request is that a mandamus (or other federal court petition) is filed in the case.

USCIS may continue to request an expedited FBI name check if the case meets one of the other approved criteria, including:

1. Military deployment,
2. Age-out cases not covered under the *Child Status Protection Act*, and applications affected by sunset provisions such as diversity visas,
3. Significant and compelling reasons, such as critical medical conditions, and
4. Loss of social security benefits or other subsistence at the discretion of the USCIS District Director.

The FBI name check is an invaluable part of the security screening process, ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens. USCIS also requests an FBI name check to screen out people who seek immigration benefits improperly or fraudulently and ensure that only eligible applicants receive benefits.

Information about the FBI name check is available on the USCIS website at http://www.uscis.gov or by calling the USCIS National Customer Service Center toll free at 1-800-375-5283.

–USCIS –

On March 1, 2003, U.S Citizenship and Immigration Services became one of three legacy INS components to join the U.S. Department of Homeland Security.  USCIS is charged with fundamentally transforming and improving the delivery of immigration and citizenship services, while enhancing our nation's security.

**O**
**Copy of Correspondence to Plaintiffs**
**from USCIS Baltimore District Office, dated May 16, 2008,**
**regarding their InfoPass appointment of that day**



**U.S. Department of Homeland Security**

**Citizenship and Immigration Services**

---

*Fallon Federal Building*
*31 Hopkins Plaza, 1ˢᵗ Floor*
*Baltimore, Maryland 21201*

Date:  5-16-08

. Dear Sir/Madam:

     Reference is made to your inquiry regarding Alien Registration file number
A _96697488_ . Specifically, you are requesting that the Service advise you as to the status of your naturalization/adjustment of status application.

     We have again reviewed the Service records as they pertain to your request. That review again indicates that your case is still pending a variety of background checks with other government agencies. We are not at liberty to discuss further details of these checks. Again, once the results are received, you will receive written notification of a decision.

     **It is important to note that every case is subject to these checks and once the results have cleared, then and only then, will a decision be rendered. Each case is decided upon by an individual basis. We apologize for any inconvenience.**

     Thank you for the opportunity to assist you in this matter.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Tala SOLTANION<br>Nima KAZEMI | Michael B. MUKASEY<br>(See Attachment) |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Montgomery, MD<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)    Washington, D.C.<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Morris H. Deutsch and Carolyn Ann Killea<br>1666 Connecticut Ave., N.W., #325<br>Washington, D.C. 20009<br>202-728-0820 | Jeffrey A. Taylor, U.S. Attorney<br>555 4th Street, NW<br>Washington, D.C. 20530<br>202-514-7566 |

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE an x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ● C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Tax<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1331; 5 U.S.C. 1361; 5 U.S.C. 555(b); 5 U.S.C. 702; 8 U.S.C. 1101 et seq. Mandamus regarding long-pending petition and application.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** _____ | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☐   NO ☒ |

**VIII. RELATED CASE(S) IF ANY**     (See instruction)     YES ☐   NO ☒     If yes, please complete related case form.

DATE  June 17, 2008     SIGNATURE OF ATTORNEY OF RECORD  *Carolyn an Killea*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**Soltanion v. Mukasey, et al.**
**Addendum to Civil Cover Sheet**


**LIST OF DEFENDANTS**

**Michael B. MUKASEY**
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

**Michael CHERTOFF**
Secretary of the Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528


**Jonathan SCHARFEN**
Acting Director of the United States
Citizenship and Immigration Services (USCIS)
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave. NW
Room 4025
Washington, D.C. 20529

**Gregory COLLETT**
District Director
United States Citizenship and
Immigration Services (USCIS)
Baltimore District Office
Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

**Jane ARELLANO**

District Director
United States Citizenship and
Immigration Services (USCIS)
Los Angeles District Office
300 North Los Angeles Street
Room 6570
Los Angeles, California 90012

**Robert COWAN**
Director
United States Citizenship and
Immigration Services (USCIS)
National Benefits Center
850 NW Chipman Road
Lee's Summit, Missouri 64063


**Robert S. MUELLER**
Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Ave. NW
Room 7427
Washington, D.C. 20535

    Defendants