AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾

DATE: June 19, 2008

NAME OF SERVER (PRINT): Caroline Fields

TITLE: Intern

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Attorney's Office, 501 3rd St NW, #4500 Washington D.C. Lakisha Caroll Received the Complaint

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 19, 2008

Signature of Server: *Carolin A. Fuile*

Address of Server: 16205 Monty Court, Rockville, Maryland 20853

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF June, 20 08

*[signature] Calbert, Notary*

My Commission Expires 10-31-2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tala SOLTANION and
Nima KAZEMI

SUMMONS IN A CIVIL CASE

V.

Michael B. MUKASEY, et.al.

Case: 1:08-cv-01053
Assigned To : Friedman, Paul L.
Assign. Date : 6/19/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. Attorney's Office
Jeffrey Taylor
Mailing Address: 555 4th Street NW
Delivery Address: 501 3rd Street NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch and Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., Ste 325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ____60 days____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 1 9 2008
_____             _____
CLERK                                          DATE

(By) DEPUTY CLERK