
**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7025 6387
Status: Delivered

Your item was delivered at 8:49 AM on June 23, 2008 in WASHINGTON, DC 20529.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Po

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ 4.80 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 9.70 |

Sent To: Jane Arellano USCIS Dist. Dir/LA c/o Chief Counsel
Street, Apt No.; or PO Box No. 20 Mass Av NW Rm 4025
City, State, ZIP+4 Washington DC 20529
PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0003 7025 6387

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jane ARELLANO
USCIS District Director, Los Angeles
Office of the Chief Counsel, USCIS
20 Massachusetts Ave., NW
Room 4025
Washington, D.C. 20529

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 7025 6387

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
D.F.S.

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

---