

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1820 0003 7025 6349
Status: Delivered

Your item was delivered at 8:49 AM on June 23, 2008 in WASHINGTON, DC 20529.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan SCHARFEN
USCIS Acting Director
Office of the Chief Counsel, USCIS
20 Massachusetts Ave., NW
Room 4025
Washington, D.C. 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DMS                               6/23/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 7025 6349

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $4.80 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.70 |

Postmark Here: TAKOMA PARK BR, SILVER SPRING, 20 JUN 2008

Sent To: Jonathan Scharfen USCIS Acting Dir
Street, Apt. No.; or PO Box No. c/o Chief Counsel 20 Mass Av NW Rm 4025
City, State, ZIP+4 Wash DC 20529

PS Form 3800, June 2002   See Reverse for Instructions

7005 1820 0003 7025 6349

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do   6/27/2008