

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7025 6400
Status: Delivered

Your item was delivered at 4:43 AM on June 23, 2008 in WASHINGTON, DC 20530.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Poli

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $4.80 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.70 |

Sent To: Michael Mukasey U.S. Atty General DOJ
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Wash DC 20530-0001

PS Form 3800, June 2002   See Reverse for Instructions

7005 1820 0003 7025 6400

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael B. Mukasey
U. S. Attorney General
Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

2. Article Number (Transfer from service label): 7005 1820 0003 7025 6400

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: [signature]
B. Received by (Printed Name): [name]   JUN 23 2008
D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No
☐ Agent   ☐ Addressee
C. Date of Delivery

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540