

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7025 6363
Status: Delivered

Your item was delivered at 9:24 AM on June 24, 2008 in WASHINGTON, DC 20529.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privac

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data

---

*[Certified mail receipt and return receipt card images]*

Article addressed to:
Robert COWAN
USCIS Director,
National Benefits Center
Office of the Chief Counsel,
20 Massachusetts Ave., NW
Room [redacted] 4025
Washington, D.C. 20529

Soltanian v. Mukasey

7005 1820 0003 7025 6363

Received by (Printed Name): DHS
Date of Delivery: 6-25-08

Service Type: Certified Mail

Sent To: Robert Cowan, NBC Dir USCIS Rm 4025
Street: USCIS Chief Counsel 20 Mass Ave NW
City, State, ZIP: Wash DC 20529

Certified Fee: $2.70
Return Receipt Fee: $2.20
Total Postage & Fees: $4.90

PS Form 3800, June 2002

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    6/27/2008