

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1820 0003 7025 6394
Status: **Delivered**

Your item was delivered at 7:55 AM on June 23, 2008 in WASHINGTON, DC 20528.

Additional Details >     Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.     Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $4.80 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.70 |

Sent To: Michael Chertoff, Sec., DHS
Street, Apt. No.; or PO Box No.: Office of Gen. Counsel, US DHS
City, State, ZIP+4: Wash., D.C. 20528

PS Form 3800, June 2002

Article Number: 7005 1820 0003 7025 6394

PS Form 3811, February 2004   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Chertoff
Secretary, DHS
Office of the General Counsel
U.S. DHS
Washington, D.C. 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]  □ Agent  □ Addressee
B. Received by (Printed Name): [signature]  Date of Delivery: JUN 27 2008
D. Is delivery address different from item 1? □ Yes  □ No
   If YES, enter delivery address below:

3. Service Type:
☑ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

Soltanian v. Mukasey

102595-02-M-1540

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do     6/27/2008