**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7005 1820 0003 7025 6370
Status: Delivered

Your item was delivered at 4:26 AM on June 23, 2008 in WASHINGTON, DC 20535.

Additional Details >     Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Sent To: Robert Mueller FBI Director
Street, Apt. No.; or PO Box No.: Office of Gen Counsel 935 Pa. Av #7425
City, State, ZIP+4: Wash DC 20535