UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALA SOLTANION, *et ano.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>U.S. Department of Justice, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 08-1053 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendants request that the Court extend their deadline for responding to the Complaint from August 18, 2008, to September 17, 2008 -- a thirty (30) day extension of time. Defense counsel has conferred with Plaintiff's counsel and has learned that Plaintiff does not oppose this request. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiffs seeking to compel Defendants, specifically U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiffs respective I-130 immigration petition ("Petition") and I-485 immigration application ("Application"). Plaintiffs allege that USCIS has unreasonably and improperly delayed adjudicating the Petition and Application. The U.S. Attorney's Office received the Complaint on June 19, 2008. This same date, Defendants have moved, without opposition from Plaintiffs, to transfer this action to the United States District Court for the District of Maryland ("DMD").

Defendants are likely to file an initial motion to dismiss this action in lieu of immediately answering the Complaint. The outcome of Defendants' transfer motion will, therefore, affect the content of such a dispositive motion -- namely, the controlling legal precedent relevant to such motion. Furthermore, if this action is transferred to the DMD, undersigned defense counsel will no longer be responsible for the defense of this action -- *i.e.*, the U.S. Attorney's Office for the DMD will assume that responsibility. Accordingly, deferring the deadline for Defendants' response to the Complaint in this action by a reasonable period of time, to allow this Court time to consider the Unopposed Motion to Transfer, is a prudent measure that will obviate the need for superfluous briefing and preserve scarce governmental resources.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, September 17, 2008. A proposed order is attached.

Dated: August 15, 2008
      Washington, DC

                                Respectfully submitted,

                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                United States Attorney

                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALA SOLTANION, *et ano.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-1053 (PLF) |
| MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice, *et al.* | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, September 17, 2008, to respond to the Complaint in this action.

SIGNED:

_____                      _____
Date                                                               PAUL L. FRIEDMAN
                                                                        United States District Judge