UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TALA SOLTANION, *et ano.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 08-1053 (PLF)
)
MICHAEL B. MUKASEY, Attorney General, )
U.S. Department of Justice, *et al.* )
)
Defendants. )

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion to Transfer, and for good cause shown, it is hereby:

ORDERED that Defendants' Unopposed Motion is GRANTED, and it is further

ORDERED that this action is hereby TRANSFERRED to the United States District Court for the District of Maryland.

SIGNED:

___8/26/08___
Date

_____
PAUL L. FRIEDMAN
United States District Judge

- 1 -